# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 20, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

161760-78 (125)

DEPARTMENT OF TRANSPORTATION,
          Plaintiff-Appellee,

v

RIVERVIEW-TRENTON RAILROAD
COMPANY and CENTRAL TRANSPORT, LLC,
          Defendants-Appellants,
and

CITY OF DETROIT, DOME PIPELINE
CORPORATION, DTE ELECTRIC COMPANY,
EES COKE BATTERY, LLC, ECONOMIC
DEVELOPMENT CORPORATION OF
THE CITY OF DETROIT, EDW C. LEVY CO.,
HONEYWELL INTERNATIONAL, INC.,
INTERNATIONAL TRANSMISSION COMPANY,
J.P. MORGAN CHASE BANK, NA, S&L
DEVELOPMENT CO., and UNITED STATES
STEEL CORP.,
          Defendants.
_____/

SC: 161760
COA: 345708
Wayne CC: 17-000536-CC

DEPARTMENT OF TRANSPORTATION,
          Plaintiff-Appellee,

v

CROWN ENTERPRISES, INC.,
          Defendant-Appellant,
and

CITY OF DETROIT and DEPARTMENT OF
NATURAL RESOURCES,
          Defendants.
_____/

SC: 161761
COA: 346105
Wayne CC: 17-000530-CC

DEPARTMENT OF TRANSPORTATION,
          Plaintiff-Appellee,

v

CROWN ENTERPRISES, INC.,
          Defendant-Appellant,
and

CITY OF DETROIT,

SC: 161762
COA: 346106
Wayne CC: 17-000531-CC

Defendant.

_____/

DEPARTMENT OF TRANSPORTATION,
   Plaintiff-Appellee,

v

DIBDETROIT, LLC,
   Defendant-Appellant,
and

CITY OF DETROIT,
   Defendant.

_____/

SC: 161763
COA: 346107
Wayne CC: 17-000533-CC

DEPARTMENT OF TRANSPORTATION,
   Plaintiff-Appellee,

v

DIBDETROIT, LLC,
   Defendant-Appellant,
and

DEPARTMENT OF NATURAL RESOURCES,
   Defendant.

_____/

SC: 161764
COA: 346108
Wayne CC: 17-000534-CC

DEPARTMENT OF TRANSPORTATION,
   Plaintiff-Appellee,

v

DETROIT INTERNATIONAL BRIDGE
COMPANY,
   Defendant-Appellant,
and

CITY OF DETROIT and DEPARTMENT OF
NATURAL RESOURCES,
   Defendants.

_____/

SC: 161765
COA: 346109
Wayne CC: 17-000537-CC

DEPARTMENT OF TRANSPORTATION,
   Plaintiff-Appellee,

v

SC: 161766

COA: 346110
Wayne CC: 17-000538-CC

CROWN ENTERPRISES, INC.,
          Defendant-Appellant,
and

WAYNE SCRAP IRON & METAL COMPANY
and CITY OF DETROIT,
          Defendants.

_____/

DEPARTMENT OF TRANSPORTATION,
          Plaintiff-Appellee,

v                                        SC: 161767
                                         COA: 346111
                                         Wayne CC: 17-000539-CC

DIBDETROIT, LLC,
          Defendant-Appellant,
and

CITY OF DETROIT, BENJAMIN ZUCKER or
His Unknown Heirs, Devisees, Legatees and
Assigns, and ROSE ZUCKER or Her Unknown
Heirs, Devisees, Legatees and Assigns,
          Defendants.

_____/

DEPARTMENT OF TRANSPORTATION,
          Plaintiff-Appellee,

v                                        SC: 161768
                                         COA: 346112
                                         Wayne CC: 17-000540-CC

CROWN ENTERPRISES, INC.,
          Defendant-Appellant,
and

ARCOLA CLARK or Her Unknown Heirs,
Devisees, Legatees and Assigns, GWENDOLYN
MARIE SMITH or Her Unknown Heirs, Devisees,
Legatees and Assigns, and CITY OF DETROIT,
          Defendants.

_____/

DEPARTMENT OF TRANSPORTATION,
          Plaintiff-Appellee,

v                                        SC: 161769
                                         COA: 346113
                                         Wayne CC: 17-000541-CC

CROWN ENTERPRISES, INC.,

Defendant-Appellant,
and

CITY OF DETROIT,
        Defendant.
_____/

DEPARTMENT OF TRANSPORTATION,
        Plaintiff-Appellee,

v                                                            SC: 161770
                                                             COA: 346114
                                                             Wayne CC: 17-000542-CC

CROWN ENTERPRISES, INC.,
        Defendant-Appellant,
and

CITY OF DETROIT, DTE ELECTRIC COMPANY
EXPRESS SERVICE ENTERPRISES, INC.,
FLAGSTAR BANCORP, INC., THOMAS
McALLEN or His Unknown Heirs, Devisees,
Legatees and Assigns, AILEEN McALLEN or Her
Unknown Heirs, Devisees, Legatees and Assigns,
BUSINESS LOAN CENTER, LLC, UNITED
STATES OF AMERICA DEPARTMENT OF
TREASURY/INTERNAL REVENUE SERVICE,
and AFT INVESTMENTS, LLC,
        Defendants.
_____/

DEPARTMENT OF TRANSPORTATION,
        Plaintiff-Appellee,

v                                                            SC: 161771
                                                             COA: 346115
                                                             Wayne CC: 17-000544-CC

DIBDETROIT, LLC,
        Defendant-Appellant,
and

MORTON INDUSTRIAL GROUP, INC., as
Successor in Interest to McLOUTH STEEL
CORPORATION, DEPARTMENT OF NATURAL
RESOURCES, and CITY OF DETROIT,
        Defendants.
_____/

DEPARTMENT OF TRANSPORTATION,
        Plaintiff-Appellee,

v                                                            SC: 161772
                                                             COA: 346116

DIBDETROIT, LLC,
          Defendant-Appellant,
and

IRENE GARZA and CITY OF DETROIT,
          Defendants.

Wayne CC: 17-000545-CC

_____/

DEPARTMENT OF TRANSPORTATION,
          Plaintiff-Appellee,

v

SC: 161773
COA: 346117
Wayne CC: 17-000546-CC

CROWN ENTERPRISES, INC.,
          Defendant-Appellant,
and

DEPARTMENT OF NATURAL RESOURCES
and CITY OF DETROIT,
          Defendants.

_____/

DEPARTMENT OF TRANSPORTATION,
          Plaintiff-Appellee,

v

SC: 161774
COA: 346118
Wayne CC: 17-000547-CC

CROWN ENTERPRISES, INC.,
          Defendant-Appellant,
and

CURTIS PENICK and CITY OF DETROIT,
          Defendants.

_____/

DEPARTMENT OF TRANSPORTATION,
          Plaintiff-Appellee,

v

SC: 161775
COA: 346119
Wayne CC: 17-000548-CC

CROWN ENTERPRISES, INC.,
          Defendant-Appellant,
and

RYE GENTRY TRUCKING, INC., CAROL A.
GENTRY TRUST DATED 11/8/2000 As it May
be Amended, and CAROL A. GENTRY,
Individually and as Trustee,

Defendants.
_____/

DEPARTMENT OF TRANSPORTATION,
        Plaintiff-Appellee,

v                                                       SC: 161776
                                                       COA: 346120
                                                       Wayne CC: 17-006977-CC

DIBDETROIT, LLC,
        Defendant-Appellant,
and

CITY OF DETROIT,
        Defendant.
_____/

DEPARTMENT OF TRANSPORTATION,
        Plaintiff-Appellee,

v                                                         SC: 161777
                                                       COA: 346121
                                                       Wayne CC: 17-006979-CC

DIBDETROIT, LLC,
        Defendant-Appellant,
and

CITY OF DETROIT, DEPARTMENT OF
NATURAL RESOURCES, SAMIR
HABIBSHAMKH AL-FATLAWI, MARIA
ANTONIETA PARDO-DE-GARCIA, MARJORIE
ZAIZAR, and RAMIRO ZAIZAR,
        Defendants.
_____/

DEPARTMENT OF TRANSPORTATION,
        Plaintiff-Appellee,

v                                                         SC: 161778
                                                       COA: 346122
                                                       Wayne CC: 17-006980-CC

DIBDETROIT, LLC,
        Defendant-Appellant,

and

DEPARTMENT OF NATURAL RESOURCES,
         Defendant.

_____/

On order of the Court, the motion to strike amicus curiae brief is DENIED. The application for leave to appeal remains pending.

CLEMENT, J., did not participate due to her prior involvement as chief legal counsel for former Governor Rick Snyder.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2020

Clerk

p1117